JS 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| GREGORY P. TURZA, an individual; and FARMERS INSURANCE EXCHANGE, an inter-insurance exchange<br><br>Plaintiffs,<br><br>v.<br><br>MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY, a California Insurance Company; and DOES 1 through 100<br><br>Defendants | USDC Case No.: 2:14-cv-00943-DSF (Ex)<br>LASC Case No. : BC532197<br><br>**ORDER RE: STIPULATION TO REMAND REMOVED ACTION** |

1  IT IS SO ORDERED, with the consent of the parties, this 14th day of February,
2  2014, that the Action be remanded to the Los Angeles Superior Court.

3

4

5  _____
6  Judge of the United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO REMAND REMOVED ACTION
1988773v.1